IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC M. TURNER | : | CIVIL ACTION NO. 1:12-CV-2442 |
| Petitioner | : | (Chief Judge Kane) |
| | : | (Magistrate Judge Schwab) |
| v. | : | |
| D. ZICKENFOSE | : | |
| Respondent | : | |

# O R D E R

Before the Court in the captioned action is a May 6, 2013 report of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Schwab.

2) The case is **TRANSFERRED** to the United States District Court for the Northern District of West Virginia.

3) The Clerk of Court shall close this case.

        S/ Yvette Kane
        YVETTE KANE, Chief Judge
        United States District Court
        Middle District of Pennsylvania

Dated: June 4, 2013